UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

MONTAJ, INC.,

                      Plaintiff,

v.

ACE AMERICAN INSURANCE COMPANY,

                      Defendant.
---------------------------------------------------------------X

Civil Action No.
2:14cv6333 (JS) (ARL)

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), without costs or attorneys' fees to either party as against the other.

Dated: July 16, 2015

NAPOLI BERN RIPKA SHKOLNIK LLP

_/s/ Brian H. Brick_
Brian H. Brick, Esq.
*Attorneys for Plaintiff Montaj, Inc.*
350 Fifth Avenue, Suite 7413
New York, NY 10118
T: (212) 267-3700
E-mail: bbrick@napolibern.com

FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC

_/s/ Joseph Tiger_
Joseph Tiger, Esq.
*Attorneys for Defendant*
*Ace American Insurance Company*
120 Broadway, Suite 1130
New York, NY 10271
T: (212) 257-7100
E-mail: jtiger@fgppr.com

So Ordered.
/s/ Gary R. Brown, USMJ
Dated: 7/20/2015